455 A.2d 206

Duffy, Appellant v. Kratz, Jr.

Argued May 20, 1982. Steven R. Wolf, for appellant; Patrick J. Loughney, for appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Order affirmed.